988

No. 87–5680. WINFIELD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–5691. WARE v. KERBY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 87–5700. BAILEY v. PRINCE GEORGE'S COUNTY, MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied. ▆▆▆

No. 87–5701. BAILEY v. STATE'S ATTORNEY FOR PRINCE GEORGE'S COUNTY. C. A. 4th Cir. Certiorari denied. ▆▆

No. 87–5702. WASHINGTON v. MAKOWSKI. C. A. 10th Cir. Certiorari denied.

No. 87–5706. MONDRAGON v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 87–5707. ROGERS v. KOEHLER, WARDEN. C. A. 6th Cir. Certiorari denied. ▆▆▆

No. 87–5708. BENOIT v. CITY POLICE DEPARTMENT OF CROWLEY, LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied. ▆▆

No. 87–5709. JONES v. CITY OF ST. LOUIS ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–5714. TOTH v. AMERICAN GREETINGS CORP. C. A. 6th Cir. Certiorari denied. ▆▆▆

No. 87–5719. PAYNE v. LeFEVRE, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. ▆▆▆

No. 87–5725. HIGGINS v. WYOMING WORKERS' COMPENSATION DIVISION ET AL. Sup. Ct. Wyo. Certiorari denied. ▆▆▆

No. 87–5728. LEPISCOPO v. WIHL. C. A. 10th Cir. Certiorari denied.

No. 87–5730. DAVIS v. JABE. C. A. 6th Cir. Certiorari denied. ▆▆▆